

AFL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED IN OPEN COURT
MAY 28 2025
CHRISTOPHER EKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 25-cr- 107 - KD |
| | * | USAO NO. 24R00449 |
| v. | * | |
| | * | VIOLATIONS: 21 USC §846 |
| WILLIAM HOWARD ARNOLD, a/k/a | * | 21 USC §843(a)(3) |
| WILLIAM HOWARD ARNOLD, II, | * | |
| a/k/a WILLIAM ARNOLD, | * | |
| a/k/a/ WILL ARNOLD | * | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT ONE
**Conspiracy to Obtain a Controlled Substance by Fraud with a Forged Prescription**
**Title 21, United States Code, Section 846**

On or about September 16, 2022, in the Southern District of Alabama, Northern Division, and elsewhere, the defendant,

**WILLIAM HOWARD ARNOLD,**
a/k/a **WILLIAM HOWARD ARNOLD, II,**
a/k/a **WILLIAM ARNOLD,**
a/k/a **WILL ARNOLD,**

did willfully, knowingly, and unlawfully conspire with other persons, both known and unknown to the Grand Jury, including N.R., whose full name is known to the Grand Jury, to obtain a Schedule V controlled substance, namely, approximately one pint of Promethazine cough syrup with Codeine, at a Walgreen's pharmacy in Selma, Alabama.

In violation of Title 21, United States Code, Section 846.

1

## COUNT TWO
### Obtaining Controlled Substance by Fraud
### Title 21, United States Code, Section 843(a)(3)

On or about September 16, 2022, in the Southern District of Alabama, Northern Division, and elsewhere, the defendant,

**WILLIAM HOWARD ARNOLD,**
a/k/a **WILLIAM HOWARD ARNOLD, II,**
a/k/a **WILLIAM ARNOLD,**
a/k/a **WILL ARNOLD,**

aided and abetted by other persons, both known and unknown to the Grand Jury, including N.R., knowingly and intentionally obtained approximately one pint of Promethazine cough syrup with Codeine, a Schedule V controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, to-wit: by submitting to a pharmacy a forged prescription purportedly written by a physician identified by his initials S.A., whose full name is known to the Grand Jury.

In violation of Title 21, United States Code, Sections 841(a)(3) and 2.

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

ALEX F. LANKFORD, IV
Assistant United States Attorney

KASEE S. HEISTERHAGEN
Assistant United States
Chief, Criminal Division

MAY 2025

2